# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORINTHIAN EDWARDS,<br><br>Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>Respondents. | Case No. 2:22-cv-00007-GMN-NJK<br><br>**ORDER** |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Corinthian Edwards's first unopposed motion for extension of time to file a second amended petition for writ of habeas corpus **(ECF No. 18) is GRANTED**. Edwards has until April 13, 2023, to file a second amended petition.

Dated: December 29, 2022

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE