# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CORINTHIAN EDWARDS,<br><br>    Petitioner,<br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents. | Case No. 2:22-cv-00007-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Corinthian Edwards's unopposed third Motion for Extension of Time (ECF No. 22) is GRANTED.  The Court finds the motion is made in good faith and not solely for the purpose of delay.  Petitioner has until June 19, 2023, to file an amended petition for writ of habeas corpus.[1]

**IT IS THEREFORE ORDERED:**

1. Petitioner Corinthian Edwards's unopposed third Motion for Extension of Time (ECF No. 22) is granted.

DATED: May 25, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims.  That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.  *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).