# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORINTHIAN EDWARDS,<br><br>                 Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br><br>                 Respondents. | Case No. 2:22-cv-00007-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Corinthian Edwards's unopposed first Motion for Extension of Time (ECF No. 30) is GRANTED. The Court finds the motion is made in good faith and not solely for the purpose of delay. Petitioner has until November 10, 2023, to file an opposition to Respondents' motion to dismiss.

**IT IS THEREFORE ORDERED** that Petitioner Corinthian Edwards's unopposed first Motion for Extension of Time (ECF No. 30) is granted.

DATED: October 18, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE